UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JIMMY STOETZNER | CIVIL ACTION |
| VERSUS | NO. 10-1811 |
| TANGIPAHOA PARISH SHERIFF'S OFFICE ET AL. | SECTION "F" (2) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendants' motion for summary judgment is GRANTED, and the remaining claims in plaintiff's complaint not addressed in the motion are **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

New Orleans, Louisiana, this 15th day of FB-, 2011.

_____
UNITED STATES DISTRICT JUDGE